UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| MICHAEL E. COX, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:22-cv-00105-SNLJ |
| FLINT DEES, et al., | ) ) ) |
| Defendants. | ) ) |

### MEMORANDUM AND ORDER

This matter is before the Court on plaintiff Michael Cox's Motion to Reopen this action pursuant to Federal Rule of Civil Procedure 60(b). [Doc. 21]. For the reasons set forth below, the motion is denied.

### I. BACKGROUND

On August 8, 2022, plaintiff filed this lawsuit under 42 U.S.C. § 1983 against three officers of the Sikeston Police Department. [Doc. 1]. He alleged that he was subjected to a false arrest and imprisonment. [*Id.*]. He was arrested on charges of first-degree assault, armed criminal action, unlawful use of a weapon, and unlawful possession of a firearm. [Doc. 4]. The charges were dismissed on July 29, 2022. [*Id.*].

Plaintiff was confined in the Stoddard County jail when he filed the complaint. [Docs. 1, 3]. Because he applied for leave to proceed *in forma pauperis*, this action was subject to 28 U.S.C. § 1915. Under § 1915(g), a prisoner is barred from proceeding *in forma pauperis* if he has filed three or more civil lawsuits in federal court, while incarcerated or detained, that have been dismissed on the grounds that the complaint "is

frivolous, malicious, or fails to state a claim … unless the prisoner is under imminent danger of serious physical injury" (commonly known as the "three strikes" provision). 28 U.S.C. § 1915(g).

Prior to filing this lawsuit, plaintiff had filed more than three civil lawsuits while incarcerated or detained, that were dismissed because the complaints were frivolous, malicious, or failed to state a claim.  [Doc. 4].  Because the allegations in the complaint did not establish that plaintiff was in imminent danger of serious physical injury, the Court denied his application to proceed *in forma pauperis*.  [*Id*.].  The case was "dismissed without prejudice to the filing of a fully-paid complaint."  [*Id*.].

## II. DISCUSSION

Plaintiff argues that he should be allowed to proceed with this action because of his alleged unlawful detention for thirteen months.  [Doc. 21].  He does not identify any grounds for relief under Rule 60(b).  Instead, he claims there was a miscarriage of justice and a violation of due process—claims he already raised in his complaint.  He offers no facts or arguments relevant to the dismissal of this case under the three strikes provision of § 1915(g).  Because plaintiff is barred from proceeding *in forma pauperis*, he must pay the full filing fee along with a motion to set aside the dismissal.  Since he has not paid the filing fee, the motion to reopen must be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's Motion to Reopen [Doc. 21] is **DENIED**.

2

**IT IS FURTHER ORDERED** that an appeal of this Order would not be taken in good faith.

**SO ORDERED** this 5th day of December, 2025.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE